IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-283-F

| | | |
|---|---|---|
| WILLIE VAUGHN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SMITHFIELD & WILSON CASING PACKING COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

The pro se Plaintiff Willie Vaughn initiated this action by filing a motion to proceed in forma pauperis on December 30, 2013 [DE-1]. On January 9, 2014, the Honorable James E. Gates, United States Magistrate Judge, issued an Order [DE-3] directing Plaintiff to correct deficiencies. Specifically, Judge Gates noted Plaintiff failed to (1) file a fully completed Application to Proceed in District Court using Form AO 239; (2) file a complaint which was signed and dated; and (3) submit two copies of the summons for each defendant. Judge Gates directed the Clerk of Court to send a copy of Form AO 239 to Plaintiff, and directed Plaintiff to correct the deficiencies within 30 days of the order. Judge Gates specifically warned Plaintiff that the failure to comply with the order could result in the action being closed.

The deadline has passed for Plaintiff to comply with the January 9, 2014, Order, and Plaintiff has filed nothing in response. Accordingly, this action is DISMISSED, without prejudice, due to Plaintiff's failure to abide by the orders of the court and failure to prosecute. The Clerk of Court is DIRECTED to close this case.

SO ORDERED. This the 28th day of February, 2014.

                                      *James C. Fox*
                                  JAMES C. FOX
                                  Senior United States District Judge