UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE VAUGHN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:13-CV-283-F |
| ) | |
| SMITHFIELD & WILSON CASING ) | |
| PACKING COMPANY, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED, without prejudice, due to Plaintiff's failure to abide by the orders of the court and failure to prosecute. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 3, 2014, and Copies To:**

Willie Vaughn (430 E. Blackstock Road, Apt. E53, Spartanburg, SC 29301)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| March 3, 2014 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |